**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02748-REB-BNB

ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

JOSEPH L. LUCIO,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the plaintiff's **Notice To Court and Response To Order To Show Cause** [#10][1] filed October 11, 2011. On September 27, 2011, the court entered its **Order To Show Cause** [#7] to the plaintiff to show cause why this case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b) or closed administratively under D.C.COLO.LCivR 41.2. After reviewing the response and the file, I conclude that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#7] entered September 27, 2011, is **DISCHARGED**;

2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated November 1, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge